FILED

AUG 22 2019

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE MARIE LANCE,<br><br>Defendant. | CR 17-82-BLG-SPW &<br>14-17-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, Nicole Marie Lance is hereby released from the custody of the U.S. Marshal Service.

DATED this 22nd day of August, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1